SCHWARTZ, Senior Judge,
specially concurring in part.
I heartily agree with affirmance. Indeed, I doubt that this wretched appeal, from which Mr. Anders himself would recoil with disgust, should be dignified by anything more than a PCA. However, since an opinion has been written, and while it is obvious that the defendant’s motion for directed verdict was properly denied, I think the Court’s reliance on the cases which involve the location of the defendant’s fingerprints which (although only in legal theory) could have been innocently left on the outside of the site of a *188 break-in is misplaced. In contrast, Rivero was identified by blood which was obviously the result of a cut on the broken window through which he entered the premises. Since that is the case, it doesn’t matter whether it was found on the outside or inside of the pieces of shattered glass.